UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Eric D Correthers  
    Tamara S Barton  
        Debtor(s)

Case No. 14 B 12618

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on <u>04/04/2014</u>.

    2) The plan was confirmed on <u>06/26/2014</u>.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA</u>.

    5) The case was Converted on <u>09/23/2014</u>.

    6) Number of months from filing to last payment: <u>5</u>.

    7) Number of months case was pending: <u>7</u>.

    8) Total value of assets abandoned by court order: <u>NA</u>.

    9) Total value of assets exempted: <u>NA</u>.

    10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

    11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $850.82 |
| Less amount refunded to debtor | $129.24 |

**NET RECEIPTS:** $721.58

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $703.53 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $18.05 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $721.58

Attorney fees paid and disclosed by debtor:   $300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Access Community Health Network | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Advocate MSO | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| Alsip Fire Dept | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| American Bankers Ins Co | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 862.00 | NA | NA | 0.00 | 0.00 |
| Bhatt, R MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank (checking) | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| Chgo Public Schools | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,200.00 | 674.60 | 674.60 | 0.00 | 0.00 |
| Clerk of the Circuit Court | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| Collection Professionals, Inc. | Unsecured | 9,400.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Dermatology Assoc of IL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Family Christian Health Center | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 1,300.00 | 385.54 | 385.54 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 1,237.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,184.00 | 856.19 | 856.19 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 2,031.00 | 2,487.81 | 2,487.81 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,196.00 | 1,196.97 | 1,196.97 | 0.00 | 0.00 |
| MEA Ingalls | Unsecured | 851.00 | NA | NA | 0.00 | 0.00 |
| Midwest Emerg Assoc | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| National Asset Management | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| National Quick Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Park Forest Police Dept | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 500.00 | 694.04 | 694.04 | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Credit Svs | Unsecured | 1,950.00 | NA | NA | 0.00 | 0.00 |
| QTBill.com | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Radiology Imaging Consultants, S.C. | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 681.24 | 681.24 | 0.00 | 0.00 |
| Southwest Laboratory Physicians | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 424.00 | 637.34 | 637.34 | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| UIC Pathology | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 34,000.00 | 25,172.52 | 25,172.52 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 10,491.52 | 10,491.52 | 0.00 | 0.00 |
| US Cellular | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| VA Chgo Health Care | Unsecured | 923.00 | NA | NA | 0.00 | 0.00 |
| Village of Alsip | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Village of Park Forest | Unsecured | 3,900.00 | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$43,277.77** | **$0.00** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $721.58 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$721.58** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/17/2014                              By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**